IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | NO. 1:09-00001 |
| | ) | CHIEF JUDGE HAYNES |
| JONATHAN O'BRYAN WALKER, | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED ORDER

For the reasons stated in open Court, Defendant Jonathan O'Bryan Walker's supervised release is **REVOKED**. The Defendant is committed to the custody of the Bureau of Prisons for **four (4) months**. The Defendant is also placed on supervised release for **one (1) year** following his release from the Bureau of Prisons with the special condition that he reside at a halfway house for a period of **four (4) months**. The Defendant shall self-report to the Bureau of Prisons on **Monday, October 29, 2012**.

It is so **ORDERED**.

ENTERED this the ___10th___ day of October, 2012.

WILLIAM J. HAYNES, JR.
Chief United States District Judge