## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## COLUMIBA DIVISION

UNITED STATES OF AMERICA,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　No. 1:09-00001
　　　　　　　　　　　　　　　　　　)　　　JUDGE HAYNES
JONATHAN O'BRYAN WALKER,　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　　　)

## O R D E R

A revocation hearing is set in this action for **Friday, August 2, 2013 at 4:30 p.m.**

It is so **ORDERED**.

**ENTERED** this the _16th_ day of July, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court