UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 1:09-00001-1 |
| | ) Judge Haynes |
| JONATHAN O'BRYAN WALKER | ) |

[Handwritten annotation: Onp sk / The motion / is Granted for / the date, but the / hearing is set for / 11:00 am / [signature] / 8-9-13]

MOTION TO RE-SET REVOCATION HEARING

This matter was re-set from August 2, 2013, due to a scheduling conflict by the government, and unopposed by defense counsel, and set on August 16, 2013. Counsel for Mr. Walker will be out of state on that date. Counsel would ask the Court to re-set this matter for 3:00 p.m. on Monday, August 19, 2013. Assistant United States Attorney Darryl Stewart advises he has no objection to this request.

Respectfully submitted,

*s/ Sumter L. Camp*
SUMTER L. CAMP
Assistant Federal Public Defender
Attorney for Defendant
810 Broadway Suite 200
Nashville, TN 37203
615-736-5047

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of August, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of Electronic Filing to the following: the Honorable Darryl Stewart, Assistant United States Attorney 110 9th Avenue South, Suite A961, Nashville, Tennessee 37203.

*s/ Sumter L. Camp*
SUMTER L. CAMP