# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | NO. 1:09-cr-0001 |
| JONATHAN O'BRYAN WALKER ) | Chief Judge Haynes |
| ) | |
| Defendant. ) | |

## O R D E R

For the reasons stated on the record in open court, the Court hereby Orders that the Revocation Hearing in this matter be continued until Friday, February 21, 2014 at 4:00 PM.

It is so **ORDERED**.

ENTERED this the 21st day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court